IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR205-48 |
| v. ) | |
| ) | |
| TONY BERNETTE BLAKE ) | |

## ORDER

Defendant's Motion to Amend Bond is hereby **GRANTED**. The January 5, 2006, Order Setting Conditions of Release for Defendant is hereby modified as follows:

> Travel is restricted to the Southern District of Georgia and the Middle District of Florida for **work purposes only**.

All other conditions set forth in said January 5, 2006 Order shall remain in full force and effect.

**SO ORDERED**, this 4th day of April, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)