IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Open Court
11:15 A.M.
July 21, 2006
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TONY BERNETTE BLAKE )<br>) | CASE NO.: CR205-48 |

IN RE:   LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Edward W. Clary for the periods from August 11-21, 2006; October 5-6, 2006; November 10-17, 2006; November 23-27, 2006; December 21-29, 2006; and January 1-3, 2007, in the captioned case.

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this 21st day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)