ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV

2007 JAN 12 A 9 28

CLERK S McCarthy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. CR 205-48 |
| | ) | |
| TONY BERNETTE BLAKE | ) | |

## ORDER

Counsel for the Defendant, Tony Bernette Blake, has filed a motion for a continuance of the currently set trial date, and has waived his right to a speedy trial. Counsel for the government has no opposition to the continuance

The Court finds as a matter of fact and law, that the motion is not filed for the purpose of delay, but in the furtherance of justice and to protect the defendant's right to a fair trial.

IT IS HEREBY ORDERED that the Motion to Continue be granted, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

SO ORDERED this 12th day of January, 2007.

DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT