FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 OCT 25 P 2: 16

CLERK _____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR205-48 |
| v. ) | |
| ) | |
| TONY BERNETTE BLAKE ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant Tony Bernette Blake is competent to stand trial.

**SO ORDERED**, this 25th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE