DEFENDANT: Tony Bernette Blake
CASE NUMBER: CR205-00048-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __120 months__.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

FILED U.S. DISTRICT COURT — CLERK SO. DIST. OF GA. — 2007 DEC 20 PM 4:19

Defendant delivered on __12-12-07__ to __FCI Edgefield__ at __Edgefield SC__, with a certified copy of this judgment.

*John J Lamenna, Warden*
~~United States Marshal~~

By *Kell Meab, USO*
~~Deputy United States Marshal~~